IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS SOFTWARE, LLC and PEARL SOFTWARE, INC., <br><br> Plaintiffs, <br> v. <br><br> AWARENESS TECHNOLOGIES, INC. and REMOTE COMPUTER OBSERVATION & MONITORING LLC (d/b/a REMOTECOM), <br><br> Defendants. | C.A. No. 11-1259 (LPS) |

**JOINT STATUS REPORT**

In compliance with the Court's March 31, 2015 Opinion and Order (D.I. 317 and 318), the parties met and conferred regarding what further proceedings and/or orders, if any, are required and whether they wish to submit supplemental expert reports in light of the Court's rulings of March 31, 2015. In the interests of judicial economy, the parties submit the following proposals:

**Defendants' Inequitable Conduct Counterclaim**. The parties agree to consolidating the inequitable conduct issues in this case and the *SpectorSoft* case, No. 12-081, for a bench trial held sometime following the *SpectorSoft* trial. SpectorSoft has indicated that it agrees, and the parties will submit a three-way proposal on May 1, 2015, pursuant to the Court's Oral Order (D.I. 322).

**Defendants' Declaratory Judgment Claim for Invalidity of the '304 Patent**. Awareness and RemoteCom are willing to be bound in this action by the judgment as to the validity of the '304 Patent that is entered in the upcoming *SpectorSoft* trial in June. Plaintiffs do

13780776-v2

not object to this approach. The parties intend to submit a stipulation reflecting and formalizing Defendant's agreement.

**Defendants' Declaratory Judgment Claims for Invalidity of the '571 and '237 Patents**. The parties disagree on the appropriate way to proceed. Awareness and RemoteCOM propose scheduling a bench trial sometime following the *SpectorSoft* trial in June and the inequitable conduct bench trial.

Plaintiffs have made a demand for a jury trial, which they preserve, but agree that the trial should occur sometime after the *SpectorSoft* trial. Plaintiffs propose consolidating the '571 and '237 validity trial with the jury trial in the new case, No. 15-22-LPS-CJB, as the patent asserted in the second case is a continuation of the '237 Patent so the issues will overlap.

Defendants do not agree that plaintiffs are necessarily entitled to a jury trial or to deferring trial of the invalidity counterclaims until a trial in the new case. Plaintiffs have tendered a covenant not to sue to SpectorSoft relative to the '571 and '237 Patents. SpectorSoft is considering whether such action deprives the Court of subject matter jurisdiction as to the counterclaims by which SpectorSoft seeks a declaratory judgment of invalidity as to such patents. If SpectorSoft's claims remain viable, Awareness submits consolidation of such claims makes sense.

**Miscellaneous Matters**. Defendants further submit that the new case, No. 15-22, should be stayed pending the completion of all trials and/or the resolution of all claims in the two older cases. Defendants hope that a resolution of the older cases will lead to a resolution of the new cases.

Plaintiffs propose staying the new case, consistent with the Court's stay of the new case against *SpectorSoft* (No. 15-20), until August 28, 2015. *See* D.I. 22, Order on Stay Motion in

*SpectorSoft* case, No. 15-20. Plaintiffs further propose the parties be ordered to submit a joint letter by July 24, 2015, updating the Court as to whether either or both parties intend to move to extend the stay prior to its expiration. *Id.*

Defendants propose that any motions for attorney's fees and costs, including pursuant to 35 U.S.C. § 285, should be filed following the bench trial on inequitable conduct.

**Supplemental Expert Reports**. No party elects to seek leave to submit any new or revised expert reports in view of the Court's *Daubert* rulings.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Pilar G. Kraman*
Adam W. Poff (No. 3990)
Monté T. Squire (No. 4764)
Pilar G. Kraman (No. 5199)
Robert M. Vrana (No. 5666)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
msquire@ycst.com

OF COUNSEL
Cabrach J. Connor
Jennifer Tatum Lee
David E. Dunham
TAYLOR DUNHAM AND RODRIGUEZ LLP
301 Congress Avenue, Suite 1050
Austin, TX 78701
(512) 473-2257
cconnor@taylordunham.com

*Attorneys for Plaintiffs Helios Software, LLC and Pearl Software, Inc.*

Dated: April 30, 2015

PHILLIPS, GOLDMAN & SPENCE, P.A.

/s/ *John C. Phillips, Jr.*
John C. Phillips, Jr. (No. 110)
David A. Bilson (No. 4986)
Megan C. Haney (No. 5016)
1200 N. Broom Street
Wilmington, DE 19806
(302) 655-4200
jcp@pgslaw.com
dab@pgslaw.com
mch@pgslaw.com

OF COUNSEL
Brian E. Moran
Thomas J. Donlon
ROBINSON & COLE LLP
1055 Washington Blvd.
Stamford, CT 06901
(203) 462-7500
bmoran@rc.com
tdonlon@rc.com

*Attorneys for Defendants Awareness Technologies, Inc. and Remote Computer Observation & Monitoring (d/b/a RemoteCom*