THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| HELIOS SOFTWARE, LLC and PEARL SOFTWARE, INC.,<br>Plaintiffs,<br><br>v.<br><br>AWARENESS TECHNOLOGIES, INC. and REMOTE COMPUTER OBSERVATION & MONITORING LLC (d/b/a REMOTECOM),<br>Defendants. | C.A. No. 11-1259-LPS-CJB |
| HELIOS SOFTWARE, LLC and PEARL SOFTWARE, INC.,<br>Plaintiffs,<br><br>v.<br><br>AWARENESS TECHNOLOGIES, INC. and REMOTE COMPUTER OBSERVATION & MONITORING LLC (d/b/a REMOTECOM),<br>Defendants. | C.A. No. 15- 022-LPS-CJB |

**STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs Helios Software, LLC and Pearl Software, Inc. ("Plaintiffs") and Defendants Awareness Technologies, Inc. and Remote Computer Observation & Monitoring LLC ("Defendants"), through their respective undersigned counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Defendants voluntarily dismiss the above-captioned actions, including all claims and any counter-claims, with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

| | |
|---|---|
| */s/ Monté T. Squire* | */s/ George Pazuniak* |
| Monté T. Squire (No. 4764) | George Pazuniak (No. 478) |
| Pilar G. Kraman (No. 5199) | O'KELLY ERNST & BIELLI, LLC |
| Robert M. Vrana (No. 5666) | 901 N. Market Street |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | Suite 1000 |
| 1000 North King Street | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | (302) 478-4230 |
| (302) 571-6600 | GP@del-iplaw.com |
| (302) 571-6600 | |
| msquire@ycst.com | *Attorneys for Defendant Awareness Technologies,* |
| pkraman@ycst.com | *Inc., and Remote Computer Observation &* |
| rvrana@ycst.com | *Monitoring LLC (D/B/A Remotecom)* |

OF COUNSEL
Cabrach J. Connor
Jenner Tatum Lee
David E. Dunham
TAYLOR DUNHAM AND RODRIGUEZ LLP
301 Congress Avenue, Suite 1050
Austin, TX 78701
*cconnor@taylordunham.com*
*jtatum@taylordunham.com*
*ddunham@taylordunham.com*

*Attorneys for Plaintiffs Helios Software,
LLC and Pearl Software, Inc.*


      IT IS SO ORDERED this _____ day of October, 2015.

                                          _____

                                          Chief Judge of United States District Court